# Exhibit A

**NERA**
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

Sarah Butler

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

July 2006 - Present          **Senior Consultant – Managing Director**
                             NERA Economic Consulting
                             San Francisco, California, USA

Oct 2005 – May 2006          **Special Consultant**
                             NERA Economic Consulting
                             London, England

Jan 2003 – Oct 2005          **Senior Analyst - Consultant**
                             NERA Economic Consulting
                             Philadelphia, Pennsylvania, USA

Sarah Butler

| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
|---|---|
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

2022

*Intellectual Property Matters*

Warner Bros. Entertainment Inc. vs. Brian Biggs, Dawn Biggs, and Random Tuesday, Inc. *et al.* United States District Court Central District of California. *Expert Report*.

2021

*Intellectual Property Matters*

Power Home Remodeling Group, LLC v. Power Home Solar LLC d/b/a Powerhome Solar, also d/b/a Powerhome Solar & Roofing, also d/b/a Power Home Solar and Roofing. United States District Court Eastern District of Pennsylvania. *Expert Report*.

Honda Motor Co., LTD., v. Microsoft Corporation. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Kaifi LLC v. T-Mobile US, Inc.; LAYER3 TV, Inc.; L3TV Dallas Cable System, LLC; METROPCS Texas, LLC; T-Mobile License LLC; T-Mobile USA, INC.; T-Mobile West LLC; T-Mobile West Tower LLC; IBSV LLC; Theory Mobile, Inc.; T-Mobile PCS Holdings LLC; T-Mobile Resources Corporation; and T-Mobile Subsidiary IV Corporation.* United States District Court Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

Premier Specialty Brands LLC, d/b/a Kamado Joe v. Dansons US, LLC and Dansons, Inc. d/b/a Louisiana Grills. United States District Court for the Norther District of Atlanta, Georgia Division. *Expert Report. Deposition.*

Sarah Butler

Crocs, Inc.* v. Effervescent, Inc. et. al. United States District Court for the District of Colorado. *Expert Report. Deposition.*

Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.* United States District Court for the Eastern District of Pennsylvania. *Expert Report.*

Lambda Labs, Inc.* v. Lambda Inc.* United States District Court for the Northern District of California Oakland Division. *Expert Report.*

Storage Cap Management LP* v. Robarco, Inc. and SpareSpace Storage, LLC United States District Court for the Southern District of Ohio Eastern Division. *Expert Report. Deposition.*

Clear Imaging Research, LLC v. Samsung Electronics Co. LTD and Samsung Electronics America.* *Expert Report. Deposition.*

Patagonia, Inc. and Patagonia Provisions, Inc. v. Anheuser-Busch, LLC dba Patagonia Brewing Co.* United States District Court for the Central District of California Western Division, Los Angeles. *Expert Report.*

In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same. United States International Trade Commission, Washington DC. *Expert Report. Deposition. Trial Testimony.*

Vivint Inc.* v. Alarm.com United States District Court for the District of Utah. *Expert Report. Deposition.*


*Class Action Matters*

Kristen Schertzer, Meagan Hicks, Brittany Covell v. Bank of America, N.A., Cardtronics, Inc., FCTI, Inc., Cash Depot, Ltd. And DOES 1-50. United States District Court Southern District of California. *Expert Report. Deposition.*

Warren Gross, Deborah Levin, Shelby Cooper, and Edward Buchannan v. Vilore Foods Company, Inc., Arizona Canning Company, LLC. United States District Court Southern District of California. *Expert Report. Rebuttal Report.*

Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, and Jeremy Keel v. The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Re/Max LLC, and Keller Williams Realty, Inc., United States District Court for the Western District of Missouri, Western Division. *Expert Report.*

In re: Marriott International, Inc., Customer Data Security Breach Litigation. United States District Court of Maryland, Southern Division. *Expert Report. Deposition.*

Sarah Butler

Christopher Julian et. al. v. TTE Technology, Inc., dba TCL North America.* United States
District Court for the Northern District of California. *Expert Report.*

Kaylan Morris, et. al. v. Walmart Inc., f/k/a/ Wal-mart Stores Inc.* United States District Court,
Northern District of Alabama, Southern Division. *Expert Report. Deposition. Class Certification
Testimony.*

Ricardo R. Garcia, Duane K. Glover, Paul E. Jacobson, Gaetano Calise, Mykhalo I. Holovatyuk,
Brian Garcia, Paul Thompson, and David Hartman* v. Volkswagen Group of America, Inc. a/k/a
Audi of America, Inc. and Volkswagen Aktiengesellschaff. United States District Court for the
Eastern District of Virginia, Alexandria Division. *Expert Report. Deposition.*

Charles Tillage and Joseph Loomis* v. Comcast Corporation and Comcast Cable
Communications, LLC and Does 1-20. United States District Court for the Northern District of
California, San Francisco Division. *Expert Report.*

Kathleen Ryan-Blaufuss, Cathleen Mills, and Khek Kuan v. Toyota Motor Corporation, Toyota
Motor Sales, U.S.A., INC., and DOE Defendants 1-10.* United States District Court for the
Central District of California, Western Division. *Expert Report. Deposition.*

H. Cristina Chen-Oster, Shanna Orlich, Allison Gamba, and Mary De Luis* v. Goldman Sachs &
Co. and The Goldman Sachs Group, Inc. United States District Court for the Southern District of
New York. *Expert Report. Deposition.*

Michael Testone, Collin Shanks, and Lamartine Pierre, et. al., v. Barlean's Organic Oils, LLC.*
United States District Court Southern District of California. *Expert Report. Deposition.*

Susan Wang Rene Lee v. StubHub, Inc.* Superior Court of the State of California for the County
of San Francisco. *Expert Report.*

Michael Madea and Rick Smith, et. al, v. Kennedy Endeavors, Inc.* United States District Court
for the District of Hawai'i. *Expert Report. Deposition.*

Shelly Benson and Lisa Caparelli, et. al, v. Newell Brands, Inc.* United States District Court for
the Northern District of Illinois. *Expert Report. Deposition.*

Thomas Bailey, et. al, v. Rite Aid Corporation.* United States District Court for the Northern
District of California. *Expert Report. Deposition.*

2020

*Intellectual Property Matters*

Sarah Butler

<u>Nirvana LLC v. Marc Jacobs International LLC.*</u> United States District Court Central District of California. *Expert Report*. *Deposition*.

<u>Girl Scouts of the United States of America* v. Boy Scouts of America.</u> United States District Court Southern District of New York. *Expert Report*. *Deposition*.

<u>American Dairy Queen Corporation v. W. B. Mason Co. Inc.*</u> United States District Court for the District of Minnesota. *Expert Report*. *Deposition*. *Trial Testimony*.

<u>Seven Networks, LLC v. Apple Inc.*</u> United States District Court for the Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

<u>New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc.</u> *Expert Report*. *Deposition*.

<u>Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York.</u> *Expert Report*.

<u>Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.*</u> United States District Court Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

<u>CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.*</u> United States District Court for the Western District of Virginia, Charlottesville Division. *Expert Report*. *Deposition*.

<u>Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and Badoo Technologies Limited.</u> United States District Court for the Western District of Texas, Waco Division. *Expert Report*. *Deposition*.

<u>ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.*</u> United States District Court, District of Utah, Central Division. *Expert Report*.


*Class Action Matters*

<u>Vicky Maldonado, et. al., v. Apple, Inc.*</u> United States District Court, Northern District of California, San Francisco Division. *Expert Report*. *Deposition*.

<u>Jason DeCarlo v. Costco Wholesale Corporation and MBNR.*</u> United States District Court Southern District of California. *Expert Report*.

<u>Javier Cardenas et al., Plaintiffs v. Toyota Motor Corporation et al., Defendants.*</u> United States District Court Southern District of Florida. *Expert Report*. *Deposition*.

Sarah Butler

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan,
UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District
Court District of New Jersey. *Expert Report*.

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of
California Oakland Division. *Expert Report*. *Deposition*.

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District
of California San Jose Division. *Expert Report*.

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San
Francisco. *Expert Report*.

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central
District of California. *Expert Report*. *Deposition*.

Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.*
United States District Court, Southern District of Florida. *Expert Report*. *Deposition*.


*Other Matters*

TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.,* v. Keurig Green
Mountain, Inc. United States District Court for the Southern District of New York. *Expert
Reports*. *Deposition*.


2019

*Intellectual Property Matters*

Sazerac Brands, LLC* v. Bullshine Distillery, LLC. In the United States Patent and Trademark
Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. *Expert Report.
Deposition.*

X One* v. Uber Technologies, Inc. United States District Court Northern District of California.
*Expert Report. Deposition.*

NIKE, Inc. v. Skechers U.S.A., Inc.* United States District Court, Central District of California.
*Expert Report. Deposition.*

Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.*
United States District Court Southern District of Florida. *Expert Report. Deposition.*

Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.* v. FCA US LLC.

Sarah Butler

United States District Court, Eastern District of Michigan. *Expert Report. Deposition. ITC Trial Testimony.*

<u>Rex Real Estate I., L.P., v. Rex Real Estate Exchange, Inc.</u>* United States District Court for the Eastern District of Texas, Sherman Division. *Expert Report.*

<u>adidas America, Inc., et al. v. Forever 21 Inc., et al.</u>* United States District Court District of Oregon Portland Division. *Expert Report.*

<u>Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.</u>* United States District Court Central District of California, Western Division. *Expert Report. Deposition.*

*Class Action Matters*

<u>Paul Stockinger et al. v. Toyota Motor Sales, U.S.A., Inc.</u>* United States District Court Central District of California. *Expert Report. Deposition.*

<u>Collin Shanks v. Jarrow Formulas, Inc.</u>* United States District Court Central District of California. *Expert Report.*

<u>Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC.</u> United States District Court Western District Southern District of California. *Expert Report. Deposition.*

<u>Erin Allen et al. v. Conagra Foods Inc.</u>* United States District Court Northern District of California San Francisco Division. *Expert Report. Deposition.*

<u>Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders, William Bates, James Pinion* v. Polaris Industries, Inc</u>. United States District Court District of Minnesota. *Expert Report. Deposition.*

*Other Matters*

<u>In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC.</u> United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). *Expert Report.*

<u>Belcher Pharmaceuticals, LLC v. Hospira, Inc.</u>* United States District Court for the Middle District of Florida, Tampa Division. *Expert Report. Deposition.*

<u>State of Washington* v. TVI, INC., d/b/a Value Village.</u> State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Sarah Butler

Tortilla Factory, LLC vs. GT's Living Foods, LLC*. United States District Court for The Central District of California. *Expert Report.*

Obagi Cosmeceuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D. JAMS Arbitration Proceeding. *Expert Report. Deposition. Arbitration Testimony.*

James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St. Louis Rams Partnership, ITB Football Company, LLC*. *Expert Report.*

People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc., ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass, L.L.C.* *Deposition.*


2018

*Intellectual Property Matters*

Spangler Candy Company vs. Tootsie Roll Industries, LLC*. United States District Court Northern District of Ohio Western Division Toledo. *Expert Report. Deposition.*

American Automobile Association of Northern California, Nevada & Utah and A3 Mobility LLC v. General Motors LLC and Maven Drive LLC*. United States District Court Northern District of California San Jose Division. *Expert Report. Deposition.*

Merck & Co., Inc., and Merck Sharp & Dohme Corp. v. Merck KGaA*. United States District Court District of New Jersey. *Expert Report. Deposition.*

MZ Wallace Inc. v. Sue Fuller, d/b/a/ The Oliver Thomas, and Black Diamond Group, Inc.* United States District Court Southern District of New York. *Expert Report. Deposition.*

Newmark Realty Capital, Inc.* v. BCG Partners, Inc. United States District Court Northern District of California San Jose Division. *Expert Report. Deposition.*

Advice Interactive Group, LLC* v. Web.Com Group, Inc. United States District Court for the Middle District of Florida Jacksonville Division. *Expert Report. Deposition.*

Global Brand Holdings, LLC* v. Church & Dwight Co., Inc. United States District Court Southern District of New York. *Expert Report. Deposition.*

Forever 21, Inc.* v. Gucci America, Inc., and Guccio Gucci S.p.A. United States District Court Central District of California Western Division. *Expert Report. Deposition.*

Masterbuilt Manufacturing, LLC v. Wal-Mart Stores, Inc.* United States District Court for the Middle District of Georgia Columbus Division. *Expert Report. Deposition.*

Sarah Butler

Strategic Partners, Inc.* v. Koi Design, LLC. United States District Court Central District of California. *Expert Report.*

Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.* United States District Court for the Southern District of Florida Fort Lauderdale Division. *Expert Report.*

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep, Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of Florida. *Expert Report. Deposition.*


*Class Action Matters*

Kaylee Browning and Sarah Basile v. Unilever United States, Inc.* United States District Court Central District of California. *Expert Report. Deposition.*

Scott R. Bernard v. Public Power, LLC*. In the Circuit Court of Cook County, Illinois County Department, Chancery Division. *Expert Report.*

Kristian Zamber v. American Airlines, Inc.* United States District Court Southern District of Florida Miami Division. *Expert Report. Deposition.*

Thomas Blitz v. Monsanto Company.* United States District Court Western District of Wisconsin. *Expert Report. Deposition.*


*Other Matters*

State of Washington* v. Johnson & Johnson, Ethicon, Inc. Ethicon US, LLC. King County Superior Court State of Washington. *Expert Report.*

Steven A. Conner DPM, P.C. v. Optum 360, LLC.* United States District Court Eastern District of Pennsylvania. *Expert Report. Deposition.*

State of Washington* v. Comcast Cable Communications Management, LLC, et. al. State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Josephine James Edwards v. Hearst Communications, Inc.* United States District Court for the Southern District of New York. *Expert Report. Deposition.*


2017

*Intellectual Property Matters*

Sarah Butler

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern
District of California. *Expert Report. Deposition.*

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office
before the Trademark Trial and Appeal Board. *Expert Report.*

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of
California. *Expert Report. Deposition.*

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa,
Cedar Rapids Division. *Expert Report. Deposition.*

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart
Pet, Inc.* United States District Court for the Eastern District of Virginia. *Expert Report.
Deposition.*

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United
States District Court for Western District of Texas, Austin Division. *Expert Report. Deposition.*

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group.  United States District Court
Central District of California. *Expert Report. Deposition.*

*Class Action Matters*

Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.* United States District Court Northern
District of California. *Expert Report. Deposition.*

Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.* United States
District Court for the Northern District of New York. *Expert Report. Deposition.*

*Other Matters*

State of Arizona v. Volkswagen AG, et. al.* Superior Court of the State of Arizona – Maricopa
County. *Expert Report.*

ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.* United States District Court Southern
District of Florida Palm Beach Division. *Expert Report. Deposition.*

2016

*Intellectual Property Matters*

Sarah Butler

Scat Enterprises, Inc. v. FCA US LLC.* United States District Court for the Central District for California Western Division. *Expert Report.*

YETI Coolers, LLC v. RTIC Coolers, LLC.* United States District Court Western District of Texas, Austin Division. *Expert Report. Deposition.*

adidas America, Inc. et. al. v. Skechers USA, Inc.* District of Oregon. Portland Division. *Expert Report. Deposition. Preliminary Injunction Hearing Testimony.*

AMID, Inc.* v. Medic Alert Foundation United States, Inc. d/b/a Medic Alert Foundation and Justin Noland. Southern District of Texas. Houston Division. Expert report in trade dress infringement matter. *Expert Report. Preliminary Injunction Hearing Testimony.*

GIT-R-DONE Productions Inc.* v. GITERDONE C Store LLC. Southern District of Mississippi. Southern Division. *Expert Report.*

Teferi Abebe Bikila. et. al. v. Vibram USA, Inc. et. al.* District of Washington at Tacoma. *Expert Report.*

QuickChek Corporation* v. Gold Associates, Inc. District of New Jersey. *Expert Report.*

Select Comfort Corporation; and Select Comfort SC Corporation* v. John Baxter; Dires LLC; Scott Stenzel; and Craig Miller and Digi Craft Agency and Direct Commerce. *Expert Report. Deposition. Trial Testimony.*

*Other Matters*

Desiccare, Inc. v. Boveda, Inc.* and Charles Rutherford. United States District Court for the Central District of California. *Expert Report. Deposition.*

Lifeway Foods Inc. v. Millennium Products, Inc. d/b/a GT'S Kombucha/ Synergy Drinks/ CocoKeifer LLC.* United States District Court Central District of California. *Expert Report. Deposition.*

In the Matter of Certain Potassium Chloride Powder Products. United States International Trade Commission, Washington DC. *Expert Report.*

Surgiquest, Inc. v. Lexion Medical LLC*. District Court of Delaware. *Expert Report. Deposition. Trial Testimony.*

State of Oregon* v. Living Essentials LLC and Innovation Ventures LLC. Circuit Court of the State of Oregon. *Trial Testimony.*

Noah Silver-Sky, Fabian Lozano, and Jorge Rodriguez; and ROES 1-400 v. SRAC Holdings I, INC., Strategic Restaurants Acquisition Company, LLC, Strategic Restaurants Acquisition

Sarah Butler

Company II, LLC, Strategic Restaurants Acquisition Corp.* American Arbitration Association –
Commercial Arbitration Tribunal. *Expert Report. Deposition.*

Homeland Housewares, LLC and Nutribullet, LLC v. SharkNinja Operating LLC.* Central
District of California, Western Division. *Expert Report. Deposition.*

* Retaining party

## Publications and Presentations

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June
2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment."
(May, 2020), with Garrett Glasgow and Samantha Iyengar in *Applied Economics Letters.* DOI:
10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National
Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the
Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence
from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*,
DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May
2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion
Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or
Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving &
Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group
Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a
Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in
England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron,

Sarah Butler

Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

Exhibit B

**Exhibit B**

**Materials Considered**

<u>**Court Documents**</u>

- Declaration of Kristopher Buckner in Support of Motion for Preliminary Injunction, *Vans, Inc.; and VF Outdoor, LLC vs. Walmart, Inc.; The Doll Maker, LLC; and Trendy Trading, LLC*, United States District Court, Central District of California, Case No. 8:23-cv-01876-DOC-KES, dated December 27, 2021.

- Declaration of Tineke Carroll in Opposition to Motion for Preliminary Injunction, *Vans, Inc.; and VF Outdoor, LLC vs. Walmart, Inc.; The Doll Maker, LLC; and Trendy Trading, LLC,* United States District Court, Central District of California, Southern Division, Case No. 8:21-cv-01876, dated January 20, 2022.

<u>**Expert Reports**</u>

- Expert Report of Brian M. Sowers, dated December 27, 2021.

<u>**Survey Literature**</u>

- Jacoby, J. (2013). "The Strength and Frailty of Verbal Report Data," *Trademark Surveys, Volume 1: Designing, Implementing, and Evaluating Surveys*; by Jacoby, J.

- Jacoby, J. (2013). "The Universe," *Trademark Surveys, Volume 1: Designing, Implementing, and Evaluating Surveys*; by Jacoby, J, p. 285-293.

- Kivetz, R. and Simonson, I. (2002). "Demand Effects in Likelihood of Confusion Surveys," *Trademark and Deceptive Advertising Surveys Law, Science, and Design*; edited by Diamond, S. S. and Swann, Jerre, B., pp. 249-252.

<u>**Websites**</u>

- https://en.wikipedia.org/wiki/Skate_shoe

- https://www.myproscooter.com/what-are-skate-shoes/

- https://www.skatedeluxe.com/blog/en/everything-about-skate-shoes/

- https://www.skatethefoundry.com/ufaqs/can-i-wear-running-shoes-to-skateboard/

- https://www.sneakerfreaker.com/features/a-brief-history-the-evolution-of-skate-shoe-technology

- https://www.walmart.com/search?q=skate+shoes&facet=brand%3AWonder+Nation%7C%7Cbrand%3ANo+Boundaries

1

Exhibit C

📱 West Philly 215-954-0750 & Elkins Park 215-758-2518



## SKATE THE FOUNDRY
Skateboarding is for everyone!

HOME        STORE
PROGRAMS
        PRIVATE LESSONS        HOLIDAY DAY CAMPS        WEEKEND PROGRAMS
        AFTER SCHOOL CLUB        ADULT CLASSES        VIRTUAL LESSONS
MEMBERSHIPS        OPEN SKATE        BIRTHDAY / SPECIAL EVENT PARTIES
ABOUT
        MOBILE SKATEPARK / EVENTS        NEWS & UPDATES        EMPLOYMENT        FAQ'S

Search here...

# Can I wear running shoes to skateboard?

👤    📅 October 16, 2020    💬 Comments Off

## Can I wear running shoes to skateboard?

Posted by **Brett Williams** on **October 16, 2020**

If you are a first-time skateboarder, running or regular walking shoes are okay to use. However, we highly recommend that do not skate in running shoes if you plan to skateboard more than a couple days.

As skaters, we are constantly using our feet to do tricks, push, navigate, and even bail by jumping off the skateboard when attempting a trick/maneuver. Skateboarding is a difficult sport, and running shoes makes the sport much harder, puts the skater at a big disadvantage and increases the chances of getting injured.

Below are some of the major differences between running shoes and skateboard shoes.

**Footprint**:

1

**Skate Shoes** have wide soles that provide an increased surface area contact with the deck of the skateboard. Having a wide footprint allows the rider to navigate their skateboard with maximum balance and control.

**Running shoes** have a really small footprint, making it harder to navigate and balance.

### Material:

**Skate shoes** are very durable. They are a bit heavier than running shoes because they are built to endure the abuse skaters will put on them. Skaters are always jumping down/over obstacles, sliding their feet across the grip-tape, and stopping by dragging their foot across the ground.

**Running shoes** are made to bend easily, and the material rips very easily when riding.

### Angle:

**Skate shoes** have a flat sole that allows the bottom of the shoe to completely touch the ground and the skateboard. flat soles also provide maximum grip to the deck.

**Running shoes** have heel raised soles that puts the skater in danger of twisting/rolling their ankle when stepping off their skateboard. Simple moves such as pushing, stopping, or jumping off the board in emergency situations can cause an ankle sprain. Additionally, shoes on an angle will make it harder to balance when riding, increasing the probability of the skater jumping off and twisting their ankle.

**Recommended Skate Shoes:** Vans, Nike SB, DC Shoes, Es, Emerica, Lakai

Tags: DC Shoes, Emerica, Es Shoes, indoor skatepark, Lakai, Nike SB, philadelphia, running shoes, skate shop, skateboard shoes, vans

Permalink

## I have never skateboarded before. Will I be okay?

## What skatepark is near me?

2











Noor WordPress Theme By Codenpy

 

Myproscooter is reader-supported. When you purchase through links in our articles, we may earn an affiliate commission.

# What are Skate Shoes? Why Do You Need Them?

Last updated 30. May 2019

**Table of Contents** [show]

## What are skate shoes?

Skate shoes are more commonly used than we think. You might have owned one yourself without knowing the fact that you're wearing skate shoes. Skate shoes (click here for full review) look cool and trendy but they are especially designed to assist skateboard riders. The sole consists of a special vulcanized rubber with minimal to no tread pattern at all. It also has a comfortable suede upper with double or triple stitching to add more durability.

## Do you have to wear skate shoes to skate?

If we are to answer this question in one word, it would be "NO". You don't necessarily need to wear skating shoes for skating – you can even do that in Army boots or barefoot. However, skate shoes are designed to help the wearer skate better and more professional. Skate shoes also help in performing those difficult tricks more easily.



Skate shoes have grippy, flat and usually those wide soles to help riders hold on and control their skate boards better. Also the extra padding on the sides ensures maximum comfort and stability during those demanding tricks.

The more high-tech skate shoes have longer and comfier leather and are stuffed with more advanced feature.

Summing it up, you don't need to have a pair of skate shoes to start skating but since they assist a great deal in learning and mastering the game, it is advisable to get one if budget isn't the constraint.

The most important thing here is to understand the fact that skateboarding is fun and requires little to investment. If you don't want the skate shoes yet – let it is, don't let it hold you! What's more important is you go out there and SKATE!



# What is the difference between skate shoes and normal shoes?

Skateboarding shoes are very different from the normal shoes. They are particularly designed to assist you on the skateboards – not while running or walking or sprinting.

## Here are a few major differences highlighted.

Outsole: The outsole material and design is the biggest differentiator between the two. The outsole of the skate shoes are crafted out of the stiffer material (rubber), which can resist some heavy abrasion. The making of the outsole ensures that you can easily grip onto concrete and grip tape.

Midsole/Insole: Skate shoes don't offer much arch support. These special shoes are designed keeping two thing is mind. The impact and the boardfeel. Having said that, some cheaper skate shoes don't provide the support they should on landing. The front of the shoes or the toe area is designed thin to give the riders more feel of the board. The back portion or the heel is designed in a way to keep the impact of landing minimum.

Outer Construction: The outer construction of the skate shoes is where you will be likely to see a lot of reinforcement. Many manufacturing companies tend to innovate (in terms of design and material used) in this area and claim that they are the best. However, we recommend suede as it is favoured by almost every professional skateboard. The material adds more durability to the shoe and is more comfortable than any other.

Other: Buying a normal shoe is easy. People usually consider things like durability, style and comfort when buying normal shoes. Even if you buy shoes that are lacking in some aspects, you can still wear them, however, buying an inappropriate skate shoes can put you in danger of injuries.

# What is a vulcanized shoe?



Vulcanized shoes are tough, durable, and sturdy in nature. The shoes have a unique design and look – they are twice baked. Their most unique part is the outsole of the shoes, which is made out of rugged rubber and wrapped around the heat-resistant upper part of the shoe.

Now in case you are wondering what baking is – it is the process of heating the two parts together to attach them. The vulcanized shoes are first baked before the rubber outsole is attached to the body and the second, more serious, steam baking takes place after it has been attached to the shoe to make the overall body more durable, comfortable and grippy.

The construction of vulcanized shoes involve some serious heating. So, you will not find materials like Ethylene-venyl acetate (also known as EVA) and Thermoplastic rubber (TPR) which are not heat resistant

Vulcanized shoes are easy to make and thus are usually produced in bulk. The bulk production automatically lowers the price. As we have already mentioned above that no TPR or EVA is present in these shoes which are known to provide cushion and comfort. The insole of the vulcanized shoes become essentially important.

So, why sate in vulcanized shoes? First of all as they are produced easily and in quality, they are cheaper than other alternatives. Secondly they give better board feel and are quick to break in. Last but not the least you get the option to replace the insoles.

## Conclusion:

We have tried our best explaining skate shoes. Other than that we have also briefly listed down the method involved in the making of these shoes. The main idea of this write up is to help our readers understand the skate shoes better, so that they can make the right choice for themselves. If you have questions or want to add something, feel free to contact us.

Happy Skateboarding!

**If you liked the review, please leave your feedback.**

## By Jason

Passionate writer, Scooter Dad, Father of two, Super active, Tough Mudder conqueror reviewing the some of the top sports related products me and my sons use and love. If you have any suggestions for improvement of MPS, please ping me a message.

**View Archive →**



   

Name: MyProScooter - Online Magazine about E-transporters
Obsidian Media ApS
Address: Bødker Balles Gård 15B 8000 Aarhus, Denmark
CVR: 40483667
Website: www.myproscooter.com

MyProScooter.com is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to Amazon.com, Amazon.co.uk, Amazon.ca or other Amazon websites.

MyProScooter does not claim the ownership over Amazon and Amazon logo trademark. Amazon and the Amazon logo are trademarks of Amazon.com, Inc. or its partners.

## POPULAR POSTS



### Razor Crazy Cart Review
April 2, 2020

### 30 Best Kick Scooters for Adults in 2021
November 25, 2021





The 20 Best Pro Scooters and Brands

December 21, 2021

# POPULAR CATEGORIES

| | |
|---|---|
| Bicycles | 140 |
| Blog | 117 |
| Scooter Reviews | 71 |
| Hiking | 58 |
| Snow | 43 |
| Skateboards | 40 |
| Camping | 34 |
| Individual Reviews | 30 |
| Diving | 19 |
| Mobility | 19 |

© 2022 MyProScooter                                    Up ↑

We use cookies to personalise content, analyse site traffic, and serve targeted ads. That cool?    YEAH    WHO IS COOKIE?



BEST OF 2021    RELEASES    FEATURES    NEWS    WHERE TO BUY    MAG    MORE

SIGN IN

01.11.19    FEATURES    DC SHOES    JORDAN BRAND                    ARTICLE BY BOON MARK SOUPHANH

# A BRIEF HISTORY: THE EVOLUTION OF SKATE SHOE TECHNOLOGY



At a technical level, few sports have evolved in recent decades as much as skateboarding. We've certainly come a long way since Alan Gelfand invented the Ollie in the late-70s. All of a sudden, the seemingly impossible tricks we were doing on *Tony Hawk's Pro Skater* have now become common modern manoeuvres – hell, there's even 10-year-olds landing 900s.

On the flipside, the technical ascension of skate shoes has been, well, a little less rapid. In fact, you can probably say there have been times of regression intertwined with periods of progression.

While skateboarding as a culture has always rolled to its own rhythm, the footwear that's been so pivotal in shaping it has, in many cases, been borrowed from other pastimes. However, that's not to say skate shoe manufacturers haven't tried – and bailed – in their pursuits to innovate over the years.



10



VIA HUGH HOLLAND

## From Barefoot to Bare Minimum: 1950–1980

Transitioning from the seas to the street, surfers in 1950s USA attached roller-skate wheels to wooden planks as a means to 'sidewalk surf'. The pastime caught a wave of its own, providing the catalyst for the creation of skateboarding as we know it today. Naturally, most street surfers opted for the barefoot approach – perhaps emblematic of their freewheeling spirit. However, as the skate swell grew, so did the need for actual footwear.

By 1965, we had the first-ever televised National Skateboarding Championships in Anaheim, California, with many of the competitors taking to the flatland freestyle and slalom downhill racing contests rocking Keds and Converse Chuck Taylors. The canvas uppers and rubber outsoles made perfect sense – boards didn't have griptape at the time, so the traction of rubber certainly came in handy.



Recognising this, Randolph Rubber Company decided to put their own spin on the Keds-style boat shoe, creating the Randy 720. Made with a 'TUFF TOE 'N HEEL' and 'TUFFER' Randyprene rubber, the shoe didn't do enough to keep the company afloat, but it did pave the way for another Californian company to try their hand at the ol' canvas/rubber combination.



11



VIA GRANT BRITTAIN

## Big Air: The 80s

Spurred by the invention of the Ollie in the late-70s, and further encouraged by the exploits of street god Rodney Mullen, skateboarding experienced – arguably – its most innovative period during the 1980s. For the footwear, however, the ground-breaking progressions were few and far between.

As the skateboarders evolved to become more Ollie-centric, durability became a more crucial factor in footwear choice for pros and casual cruisers alike. Meanwhile, the tricks also became more high impact, resulting in the increased popularity of higher-cut builds.

Attempting to combat both of these issues, Vision Street Wear introduced the Suede Hi silhouette to the market, combining both a raised ankle collar and special 'Ollie Patch'. Etnies and Vans also came through with their own hardwearing, high-cut pro models towards the end of the decade: the Natas Kaupas Pro and Steve Caballero Pro, respectively.

However, in footwear terms, it was the rise in prominence of the Air Jordan 1 in skateboarding circles that the decade will be remembered for. Hard to fathom for modern hype fiends, the AJ1 used to be one of the most readily-available sneakers on the market. On top of that, the toebox and sidewalls made ollieing and flick tricks a breeze, while the leather was rugged enough to withstand hours of thrashing. Its availability, affordability, and skateability made it a staple for riding the maple (worn by many of the sport's pioneers) and inspired plenty of other manufacturers, most notably Airwalk, to design similar builds.



THE BEASTIE BOYS VIA GLEN E. FRIEDMAN, COURTESY OF RIZZOLI NEW YORK

## Baggier Clothes, Slimmer Shoes: The 90s

A decade of downsizing, the 90s saw skateboard decks become narrower and wheels reduce in durometer and size. For the shoes, things took a similar turn.

The popularity of high-top skate shoes reached terminal velocity during the late 80s, but things were flipped dramatically in a matter of years, with low-top builds dominating the market by the mid 90s. As tricks became more flip-oriented, skaters were looking for a more refined look and feel when they stepped on the board. In hindsight, the transition was inevitable. Have you ever tried kick-flipping in a pair of bulky high-tops?

Airwalk, Vision and Vans were already big names in the game, but the appetite for low-cut creps paved the way for brands like Etnies, Duffs, Dukes, and DC Shoes to strut their stuff – and they didn't have to bring much to the table, either. For the most part, smooth leather and suede were used for the uppers, accompanied by a grippy (often gum) cup sole, as witnessed on models like the Jordan-inspired Etnies Sal Barbier SLB and the Airwalk Jason

12

Lee Pro. Naturally, mainstream sneakers like the adidas Campus, Gazelle and Superstar, as well as the PUMA Clyde and Suede infiltrated the skate scene due to their similarly minimal make-ups.



We had to wait until 1997 to get the first air-infused cushioning system in a skate shoe and, unsurprisingly, it was basketball lover Eric Koston's first pro model with éS Footwear – the Koston1 – that introduced the visible absorption system. The shoe positioned éS as one of pioneering manufacturers of the era, with other companies like Axiom and DVS also adopting the tech-focused approach.

In the same year, Chad Muska also released his first signature shoe with éS Footwear, becoming the first skate shoe to retail above $100. Featuring PU inserts and lace loops, the model's most memorable feature – bizarrely – ended up being the controversial stash pocket.



13

## All for Show: The Early 2000s

Foreshadowed by late-90s tech advancements, the skate shoes of this era were unashamedly obnoxious – so much so that they've oddly been propelled into the contemporary chunk-fuelled fashion realm.

Vibing off popular running and basketball models, skate shoe brands loaded the soles with more air bubbles, more padding on the tongue, larger rubber lace loops, and heavier-duty Ollie guards. Models such as the infamous Osiris D3, DC Shoes Stevie Williams Pro, and the Globe CT-IV championed this design ethos, and have all incidentally made comebacks in recent years.

The tech certainly made a huge impact aesthetically, but it didn't take long for skaters to realise all the 'upgrades' weren't all that beneficial for actual skating... The shoes were heavy, too bulky for technical tricks, and had diabolically bad boardfeel due to the thicker midsoles.



VIA NIKE

## All About the Feels: 2005 and Beyond

With the literal weight of the post-2000 skate shoes bearing on designers' minds, it wasn't long before skaters started shifting to slimmed-down models for the sake to their own progression. Slowly but surely, the tech started disappearing from the exteriors and began manifesting in the interiors – most notably the soles.

Having been starved of dexterity and boardfeel for so many years, skaters now wanted shoes with thinner midsoles, spurring a mini vulcanised sole renaissance. The in-your-face tech on the uppers soon made way for cushioned insole innovations and lighter midsole materials.

The emergence of Nike SB during this period is stuff of legend within sneaker circles. However, perhaps ironically, Nike SB's impact on the evolution of skate shoe technology is often overlooked. Team Swoosh introduced some of their most successful innovations to SB designs, most notably Zoom, Lunarlon soles, Hyperfuse, and even Flyknit, working to convince skaters the world over that tech could actually enhance skate performance – go figure.



14



More recently, Hyperfeel technology has been developed specifically for skateboarding, refining the Lunarlon midsole for a thinner profile toward the toes. This works to increase boardfeel in key areas, while high impact areas like the heel are packed with a Zoom Air Pad for shock absorption. It could be the closest thing to skating barefoot since the 50s...

Following suit, major sneaker brands like adidas and New Balance have also entered the skate market, introducing even more mainstream tech to the mix – BOOST, Primeknit, AdiPrene, RevLite and C-Cap, just to name a few. Unsurprisingly, core skate shoe manufacturers are now working to design similar sole innovations to compete with the superpowers of the sneaker world.

Rebellion has always been at the sport's core, but for many of skateboarding's heritage heroes, things are most certainly shifting. Skate or die? Nah. Adapt or die.

*Header image via The Search for Animal Chin/Grant Brittain*

DC SHOES     JORDAN BRAND     VANS     NIKE SB     NIKE     ADIDAS

---

**NOW READING**     A Brief History: The Evolution of Skate Shoe Technology     ∧ MORE     RELATED +


The Nike ACG Mountain Fly Low Finally Gets Dressed in GORE-TEX
**19.01.22**
NEWS


It's Always Summer with the Nike Dunk Low 'Nike Sun Club'
**19.01.22**
NEWS


An In-Depth Guide to Vegan-Friendly Footwear
**18.01.22**
FEATURES



# SUBSCRIBE TO OUR NEWSLETTER

Enter your email     →







SKATEDELUXE

BLOG  SHOP  TEAM  WIKI  TRICK TIPS  SKATE & WEAR TESTS

DE  EN  FR  NL

Startseite › Everything about Skate Shoes

# EVERYTHING ABOUT SKATE SHOES

- **1. Types of Shoes**
  - 1.1 High-Top Shoes
  - 1.2 Mid-Top Shoes
  - 1.3 Low-Top Shoes
- **2. Shoe Soles**
  - 2.1 Outsole
  - 2.2 Midsole
  - 2.3 Insole
  - 2.4 Cup Soles vs. Vulc Soles
  - 2.5 Profile Soles
- **3. Shoe Features**
  - 3.1 Seams
  - 3.2 Padding
  - 3.3 Ventilation
  - 3.4 Shoe Laces
- **4. Materials**
  - 4.1 Suede
  - 4.2 Patent Leather
  - 4.3 Canvas
  - 4.4 Vegan Shoes
- **5. Fits**
  - 5.1 Small Feet
  - 5.2 Large Feet
  - 5.3 Narrow Feet
  - 5.4 Wide Feet
  - 5.5 Cuts of Skate Shoes
- **6. Sizing**
- **7. Wear & Tear Prevention**
- **8. Care Instructions**

## SKATE SHOES AND SNEAKERS

To help you find your way through the labyrinth of cup and vulc soles, from low, mid, and high-top sneakers, and technical developments like Hyperfuse, Flynit, and Duracap so you can find the perfect pair of shoes, we're shining some light on the most important features, terms and characteristics of skate shoes and sneakers.



What are the different materials used? Are there different fits? How can you reduce wear on your shoes and how do you take care of your shoes best?

Here you can find answers to your questions as well as some tips.

## 1. TYPES OF SHOES

### HIGH, MID, OR LOW CUT SHOES? THE AGONY OF HAVING TO CHOOSE BETWEEN STYLE, COMFORT, TASTE AND FEEL

---

### SOCIAL MEDIA

instagram  facebook  youtube  twitter

### ALL ABOUT…

skatedeluxe Wiki

skatedeluxe Trick Tips

Everything about Skate Shoes

Skate Shoe Technologies

### SKATEDELUXE SHOP



» TO THE SKATE SHOP

### LATEST POSTS


ADIDAS SKATEBOARDING TYSHAWN LOW WEAR TEST


VANS WAYVEE WEAR TEST – A TRULY NEW SKATE SHOE?


NIKE SB NYJAH FREE 2 WEAR TEST

### POPULAR POSTS

Everything about Skateboa…

All about skateboard truc…

Skateboards For Beginners…

17

COMFORT, TASTE AND FEEL.

Basically, the three types of shoes differ in the height of the shaft. Easy! Let us distinguish the individual types from one another:

### 1.1 HIGH-TOP SHOES



**High-Tops** are higher cut than other shoes. They usually end above the ankle. Thanks to the higher cut, high-tops offer more stability as well as additional padding and thus, more safety, protection and cushioning in the area of your ankles and ankles.

Additionally, higher cut shoes will keep you warmer. This can be an advantage when skating to keep your joints warm. However, they don't breathe very well. Some high-top sneakers are also suitable as winter shoes because of their high cut.

» HIGH-TOP SKATE SHOES AND SNEAKERS

### 1.2 MID-TOP SHOES



If you can't decide between high-tops and low-tops, but you definitely want more stability and padding, **mid-top** shoes are exactly what you need.

Mid-Tops are slightly higher cut than low-cut shoes, and the laces typically fall just under or directly at the ankle. They're not as high as hi-top shoes, but they're higher than low-tops. As a result, they offer a higher degree of stability, dampening, and support as compared to low-cut sneakers. Additionally, most mid-tops are perfectly suitable as "transitional shoes" in the colder months of the year because they stay warm and dry.

» MID-TOP SKATE SHOES AND SNEAKERS

### 1.3 LOW-TOP SHOES



**Low-Top** shoes are the flat standard models in the world of skate shoes and sneakers. Thanks to their lower cut, these models are usually more lightweight.

You lose the padding in your ankle area in favour of the lighter weight and material. But don't worry, thanks to highly developed insoles, you don't have to sacrifice cushioning and dampening.

» LOW-TOP SKATE SHOES AND SNEAKERS

18

# 2. SHOE SOLES

## WHAT DO THE DIFFERENT TYPES OF SHOE SOLES MEAN?

The construction and texture of the sole are responsible for the comfort and feel of your shoe. Different soles are built into the same shoes to meet all the different requirements. Here you can find out more about the various kinds of soles and how they differ from each other.

### 2.1 OUTSOLE



The outsole is the most important component of a good skate shoe. It has to fulfil all of your wishes for grip, stability, and flexibility and must also be resistant to abrasion. In order to optimally meet all these needs, air-pads and other types of shock-absorbent cushioning are often integrated into the outsole.

### 2.2 MIDSOLE



Between the outer and inner sole lies the midsole. This is the main dampening component of the shoe and is made mostly of EVA (ethyl vinyl acetate) as well as phylon, a heat-resistant plastic. Almost all of the major shoe labels have developed their own midsole constructions. The most well-known are the Lunar Footbed, the Max Air and Zoom technology from Nike, the adidas Skateboarding BOOST soles (as seen on the left) and the Etnies STI Evolution Foam as well as the DC Unilite Soles. You can learn exactly what each technology entails in our skate shoe wiki page.

### 2.3 INSOLES



With insoles, it's all about the individual needs of the wearer. This is why they're often removable or interchangeable in higher-priced shoe models. So once they're worn out, you can replace the insoles or if they're not as fresh as they once were, you can let them air out.

There are many models that offer diverse features. For extra cushioning, gel pillows are sewn into certain insoles. The curvature of an insole is also adapted to suit the needs of skaters. Depending on the brand and model, there are different types of skate shoe insoles. The foot bed is often made of EVA, a heat-resistant man-made material that's both soft and elastic as well as durable. There is also the Ortholite Insole. It's a breathable and antibacterial insole that cools and is particularly long-lasting and resilient. Some insoles rely on dual-density. They have varying degrees of firmness throughout the footbed and provide even more comfort when you're moving.

There are also shoe inserts that are specifically fabricated for skateboarders. These provide even more dampening, which helps protect against injuries and relieve your joints. At skatedeluxe you'll find Footprint Insoles, which is probably the best-known manufacturer for optimised removable insoles. There's a good reason why skateboarders like Aaron "Jaws" Homoki, Andrew Reynolds and skatedeluxe team rider Willow rely on insoles from Footprint.

**» SPECIAL INSOLES AT SKATEDELUXE**

### 2.4 VULC SOLES VS. CUP SOLES



When it comes to skate shoes, a distinction is made between two different sole constructions: cup sole and vulcanised sole. Cup soles are sewn into the shoes, making them more robust, but at the same time, also somewhat heavier and more inflexible. Shoes with a vulcanised sole offer a lot of agility and a great feel for your skateboard, but they are less robust than shoes with a cup soles due to the fact that they don't have the additional seams. Here you'll learn exactly what these sole constructions entail in detail:

### VULCANISED SOLES



The greatest advantages of skate shoes with **vulcanised soles** are the lower weight and the higher flexibility thanks to a thinner sole. Such a sole construction results in an incredible board feel. Because, in contrast to the cup sole, the individual rubber parts are only **glued to each other** in vulcanised soles and adhered to the upper by a narrow rubber strip. This means you can jump on your board as soon as you get your shoes, without having to break them in first. The downside of this manufacturing process is that vulcanised shoes wear through relatively quickly and are more prone to abrasion. They also don't dampen as well as cup soles on account of the fact that they're thinner and softer.

**» SKATE SHOES & SNEAKERS WITH VULC SOLES AT SKATEDELUXE**

### CUP SOLES

The **cup sole** consists of three main parts: an outsole, a midsole made of highly elastic and lightweight foam, and a separate insole. The outsole is comprised of one piece. It is glued to the midsole securely at the upper and additionally sewn into the shoe, while the insole is either **glued in** or simply **inserted**. Due to the thick polyurethane sole and extra seam, a shoe with a cup sole is more stable and better at damping than a vulcanised sole, especially if you're skating gaps and steps. Due to the thick soles, however, these shoes are also heavier and less flexible than vulcanised soles and therefore take longer to be broken in.

20

**» SKATE SHOES & SNEAKERS WITH CUP SOLES AT SKATEDELUXE**

---

### 2.5 PROFILE SOLES



Depending on the manufacturer, there are different shoe profiles that give both cup soles and vulcanised soles more flexibility, cushioning, board feel or grip. Among the best-known are the Herringbone profile and Waffle sole, which was exclusively developed for skateboarding by Vans. Nowadays, the trend is steadily moving in the direction of ultralight soles, such as the Nike Free sole, which is perfect for both sneakers and after-skate shoes. Soles with thicker profiles are mainly used in winter and outdoor shoes to provide the necessary grip in snow and wet conditions.

**» SKATE SHOES & SNEAKERS WITH PROFILE SOLES**

---

# 3. SHOE FEATURES

## WHAT MAKES SKATE SHOES SO SPECIAL?

### 3.1 SEAMS



Tearing at the seams – every skater is familiar with it. That's why the seams are such a vital component of skate shoes. Skate shoes are characterised by the fact that the seams in the more vulnerable areas of the shoes are specially reinforced and thus significantly reduce wear and tear. Of course, even the best-sewn shoe isn't immune to wear and tear over time. Nevertheless, the shoes should have double or even triple seams in the toecap and heel areas, because these spots wear through quickly due to the griptape.

If you use a really rough griptape, however, you won't be able to enjoy your shoes for very long, despite three and four triple seams. If that's the case, we recommend a **seamless toecap**. These shoes are totally free of any interfering seams in the front toe area, and not only prevent blowouts but also make for a comfortable flick (the snappy foot movement to make your board rotate). Nonetheless, it is important to note that not every shoe is additionally reinforced at this spot, which is why seamless toe caps tend to be more frequent.



---

### 3.2 PADDING



When skating, your feet, ankles and joints are constantly subjected to severe stress. In order to reduce the impact of harder tricks, like when jumping gaps or stairs, many skate companies equip their shoe models with various

21



forms of upholstery. In skate shoes, tongues, heel areas, side walls as well as some other areas are often padded in order to prevent injuries and increase the comfort while skating.

### 3.3 VENTILATION / BREATHABILITY



Everyone knows them, no one loves them – sweaty feet. Especially when skating, your feet can get really sweaty. That's why optimal ventilation is the key when it comes to the comfort and feeling of your shoes.

Thanks to perforations (breathing holes) and breathable upper materials, fresh air can be circulated and help prevent moisture. In addition, some manufacturers build perforated side panels and vent holes directly into the sides of the shoes or use tongues made of airy mesh material.



### 3.4 SHOE LACES



There are shoelaces in countless colours, lengths and shapes. Unless you prefer velcro straps on your shoes, laces are the simply the ultimate feature. But here, too, there are a few differences between traditional street shoes and skate shoes. Because not only do the upper materials and soles wear out quickly due to the griptape but the shoelaces take a beating as well. Therefore, a waxed or leather shoelace is a very clever alternative. Metal or plastic eyelets, as well as special shoelace protectors, also increase the life of your laces enormously.

» SKATE SHOE LACES AT SKATEDELUXE

# 4. MATERIALS

## WHICH MATERIALS ARE SKATE SHOES AND SNEAKERS MADE OF?

Not all leathers are the same, which is why you'll find little tags or stickers in every shoe with the legally determine material labels. This consists of small pictures or symbols, which tell you exactly which materials are used.



|  |  |  |  |
|---|---|---|---|
| Leather | Coated Leather | Natural and Synthetic Textiles | Other Material (ex. Polymeric Materials, Wood, Cork) |

### 4.1 SUEDE



The fun of skating depends largely on the durability of your shoe. Therefore, the outer material of skate shoes is one of the most important features. Most models are made of suede because it's particularly tough. In addition, it is stretchy and softer with frequent use, which means that you can opt for a tighter-fitting suede shoe and then break it in to get a perfect fit, impeccably formed to your foot. If the entire shoe isn't made of suede, they should definitely have it on the heavily stressed spots, like the ollie area and toecaps. Suede is used in the industry as a basic term for any leather with a rough surface, produced directly from the softer underside of animal hide.

» SUEDE SKATE SHOES & SNEAKERS

### 4.2 PATENT LEATHER



As opposed to suede, patent leather is produced from the top, outer layer of animal hide and is generally thinner and consequently less durable. Patent leather (aka coated leather) usually comes with a coloured layer or an additional artificial coating.

» PATENT LEATHER SKATE SHOES & SNEAKERS

### 4.3 CANVAS



Are you totally against the use of animal materials? That's cool too! Because there are some great alternatives to the various leather options. Many shoes are made of textiles. As such, canvas is typically used to create leather-free skate shoes. Sure, canvas isn't quite as wear-resistant as leather, but it's still a durable alternative. The advantages of sneakers made of textiles are the reduced weight and the increased breathability. Textiles include all woven, knit and bound materials. These include natural fibres (animal and plant products such as wool or flax), and synthetic fibres (e.g., viscose or nylon). You'll also recognise the special symbol for shoes made of textile materials.

» CANVAS SKATE SHOES & SNEAKERS

4.4 VEGAN SHOES

23



Go vegan! This includes shoes now too because the skateboarding industry is striving to offer more sneakers that are manufactured without the use of animal products. Even the adhesives are considered, which is why most brands now use water-based glues.

**» VEGAN SKATE SHOES AND SNEAKERS**

## 5. PASSFORMEN

### WHICH TYPES OF SHOES FIT WHICH KINDS OF FEET?

In addition to all the technology, the most important thing is that you like the shoes and that the ones you want to wear actually fit you. We've all heard something like this at some point: "You'll grow into them!" Or "They're not too tight; you just have to break them in!"

**What should you consider when searching for the perfect fit for skate shoes and sneakers?**

In principle, your shoes shouldn't be so big that you swim in them, but they shouldn't be so small that they constrict your feet on the sides or toe area. The rule of thumb: there should be a small space, about the size of the width of your thumb. This should give you enough space and ensure that the shoes don't constrict you. With a little more space in the front area, you'll also have the option to use additional insoles to increase the damping and comfort. Many prefer an exact fit especially for skating so that your feet sit firmly in the shoes. This increases the feeling for your skateboard and for tricks, for instance in the flick for kickflip variations.

#### 5.1 SMALL FEET

If you have small feet and don't really know what type of shoe is right for you, then you should know that extra wide and chunky shoes probably aren't your best bet. Some models end up looking stocky due to the limited size, which makes them less stylish. In addition, your feet may feel lost in thicker shoes. For smaller, narrower feet, less cushioned low-top shoes are the most suitable. But, of course, this is always subject to your individual preferences, and the distinct feel you're going for. If you feel most comfortable in thickly padded high-top shoes, then you should wear them and skate, of course.

#### 5.2 LARGE FEET

Larger feet are usually also narrower than smaller ones. This is why there are also narrow cut sneakers and skate shoes. With big feet, even clunky and wider shoes look narrow(er) and somehow also (even more) stylish. It is up to you, which type of sneaker you prefer to wear if you have big feet, but a slightly narrower fit seems to be recommendable.

#### 5.3 NARROW FEET

If your feet are rather narrow, you should not necessarily go for wide, chunky shoes, because then your feet often feel a bit lost. Many manufacturers offer narrower and less cushioned shoes. These usually come in a low-top variation.

24

##### 5.4 WIDE FEET

If your feet are rather wide, you probably won't have any fun with narrow-cut shoes, because these can be uncomfortable on the toes and ankles. Even if you think your shoes will stretch out after a while, you can do without the pain at the beginning. So look for shoes with a wide toe cap and your toes will thank you because especially when skating, a lot of pressure is put on your forefoot every time you land.

##### 5.4 CUTS OF SKATE SHOES

You can easily see the cut of the skate shoe by looking at the soles, which is always shown in the product pictures at skatedeluxe. A wider cut shoe is not too tight around the arches, so it is suitable for wider feet. A narrower shoe is tighter around the middle, and offers a more stable fit and healthier stance, but can be uncomfortable if you have somewhat wider feet.

6. SIZING



# 6. SIZING

## DIFFERENT BRANDS, DIFFERENT SIZES

When purchasing new skate shoes, you should keep in mind that shoes differ fundamentally and that the sizes and conversions from US to EU and UK are not standardised. In order to help you find the right shoe size, we have included size tables from different brands and their own conversions and have incorporated them into our size chart.

If you are not familiar with US sizes, you can easily switch to EU or UK sizes. If you're still not sure which size you need, just contact our customer service. Our service team is happy to help.

» SIZE CHART FOR THE DIFFERENT SKATE SHOE AND SNEAKER BRANDS

# 7. WEAR & TEAR PREVENTION

In order to help you enjoy your new sneakers and skate shoes for a long time, we've put together a few tips for you:

✔ Make sure that your shoes are always neatly laced to avoid slipping and tripping. Even if you enjoy the chilled look and feel of loose laces, both your shoes and your joints suffer from it. Always keep them tied up tightly! This not only protects the outer sole and interior of the shoes, but your bones as well.

✔ You should always properly tie and untie your shoes when putting them on and taking them off; don't just try

25

and slip them off. The padding, reinforcement in the heels, as well as the seams of your shoes will thank you.

✔ The extreme demands on your shoes in bad weather can also be reduced by using conventional waterproofing spray. This protects the material and keeps your feet dry even in wet conditions. Whether for prevention or to stop holes from getting any larger – with different adhesives, you can prevent or counteract further wear on your shoes. Simply apply it to the appropriate spot, smooth it out, and allow it to harden and you can take on your next skate sesh without damage.

✔ Due to constant contact with griptape, shoelaces tear very quickly. It is also worthwhile to apply a small amount of the glue to the exposed areas to protect your laces. The use of adhesives is particularly prudent when it comes to skate shoes made of canvas or sneakers that are made of textiles.

✔ After intense sessions, we recommend that you air out your skates properly. This way, you not only reduce unpleasant odours, but it also gives your kicks a break, which extends their shape stability.



✔ Due to constant contact with griptape, shoelaces tear very quickly. It is also worthwhile to apply a small amount of the glue to the exposed areas to protect your laces. The use of adhesives is particularly prudent when it comes to skate shoes made of canvas or sneakers that are made of textiles.

✔ After intense sessions, we recommend that you air out your skates properly. This way, you not only reduce unpleasant odours, but it also gives your kicks a break, which extends their shape stability.

✔ Do not use detergents with aggressive ingredients such as alcohol, acetone, etc. as this can lead to discoloration and damage to the adhesive and waterproofing.

✔ Putting shoes into the washing machine is an absolute no-go! Your shoes may seem clean on the outside, but you totally ruin the padding, coating and adhesives. In the worst case, your shoes will deform and end up being absolutely un-skateable.

---

# CARE INSTRUCTIONS

Of course, shoes also need care – not just for style reasons, but also to extend their lifespan. Dirt, moisture and sweat are a daily tribulation for your shoes, so it is worth taking care of them.

To do so, you should follow a few basic rules:

✔ Clean your shoe with a soft brush or a damp cloth so that you don't put too much strain on the material.

✔ You should dab with a rag rather than trying to scrub. Otherwise, you'll just work the dirt deeper into the upper material. This is often the case with canvas or mesh sneakers.

✔ The outer sole is best cleaned with clear water or a light detergent such as curd soap or hand wash paste.

✔ Daily street dirt and dust can easily be removed with standard wet wipes.

Exhibit D

# **Control Shoe Substitutes**

# Low Tops

# Adidas



# DC



# New Balance



# Puma



# Nike



# Emerica



# Etnies



# Lakai



# Nike



# Skechers



# Levi's



# Air Speed



# Osiris



# Hurley



# Circa



# Element



# Adio



# Axion



# Dekline



# Duffs





# Fallen



# Globe



# Gravis



# Habitat



# Huff



# iPath



# Last Resort



# Reebok



# Vision



# ZooYork



# World Industries



# Vox



# High Tops

# Circa



# Converse



# Converse (Mid-Top)



# Nike



# Lakai



# Osiris



# Circa (99 Vulc Black)



# Air Walk



# DVS



# **Supra**

