Tanya L. Greene,
McGuireWoods LLP
355 S. Grand Avenue
Suite 4200, Los Angeles, California 90071-3103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vans, Inc. and VF Outdoor, LLC | CASE NUMBER: |
| | 8:21-cv-01876-DOC-KES |
| v. PLAINTIFF(S) | |
| Walmart, Inc. et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

CONSENT JUDGMENT AND PERMANENT INJUNCTION and PROPOSED ORDER

**Reason:**

☐ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☑ Other:

September 8, 2023
Date

/s/ Tanya L. Greene
Attorney Name

Plaintiffs Vans, Inc. and VF Outdoor, LLC
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 8, 2023**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 8, 2023**, at Los Angeles, California.


*/s/ Tanya L. Greene*
Tanya L. Greene
McGuireWoods LLP