## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:21-CV-01876-DOC-KESx						Date: September 11, 2023

Title: VANS, INC. ET AL. V. WALMART, INC. ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

The Court **ORDERS** Defendant ACI International ("ACI" or "Defendant") to show cause why its Motion to Dismiss (Dkt. 130) ("Motion") should not be dismissed as moot. In the Motion, ACI sought to be dismissed from this case "on the grounds of misjoinder" with two other defendants in this case, The Doll Maker, LLC and Trendy Trading, LLC (collectively "DMTT"). Motion at 1. DMTT has since settled with Plaintiffs. *See* Mediation Report (Dkt. 277) ("The case between Vans and DMTT did settle.") (emphasis in original).

ACI shall explain the reasons, if any, the Court should not dismiss the Motion as moot either (1) in writing before September 18, 2023 at 8:00AM or (2) orally at the September 18, 2023 hearing.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11						Initials of Deputy Clerk: kdu

CIVIL-GEN