Tanya L. Greene (Cal. Bar No. 267975)
  tgreene@mcguirewoods.com
Nicholas J. Hoffman (Cal. Bar No. 284472)
  nhoffman@mcguirewoods.com
McGUIREWOODS LLP
355 South Grand Avenue, Suite 4200
Los Angeles, CA  90071-3103
Telephone: (213) 627-2268
Facsimile: (213) 627-2579

Lucy Jewett Wheatley (admitted *Pro Hac Vice*)
  lwheatley@mcguirewoods.com
Claire Hagan Eller (admitted *Pro Hac Vice*)
  celler@mcguirewoods.com
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-4320
Facsimile: (804) 698-2017

Attorneys for Plaintiffs Vans, Inc. and VF Outdoor, LLC

*[Additional Attorneys on Next Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VANS, INC.; and VF OUTDOOR, LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WALMART, INC.; and ACI INTERNATIONAL,<br><br>　　　　Defendants. | Case No. 8:21-cv-01876-DOC-KES<br><br>Trial Court: Hon. David O. Carter<br>Magistrate Judge:  Hon. Karen E. Scott<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO ADJOURN CASE SCHEDULE INCLUDING NOVEMBER 28, 2023 TRIAL DATE** |

| | |
|---|---|
| 1 | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP |
| 2 | LAWRENCE Y. ISER (SBN 094611) |
|   |   liser@kwikhlaw.com |
| 3 | GREGORY P. KORN (SBN 205306) |
| 4 |   gkorn@kwikhlaw.com |
|   | 11766 Wilshire Boulevard, Suite 750 |
| 5 | Los Angeles, CA 90025 |
| 6 | Telephone: 310.566.9800 |
|   | Facsimile: 310.566.9850 |
| 7 | |
| 8 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
|   | ANTHONY F. LO CICERO (pro hac vice) |
| 9 |   alocicero@arelaw.com |
| 10 | BRIAN A. COMACK (pro hac vice) |
|   |   bcomack@arelaw.com |
| 11 | RICHARD S. MANDARO (pro hac vice) |
| 12 |   rmandaro@arelaw.com |
|   | THOMAS E. HART (pro hac vice) |
| 13 |   thart@arelaw.com |
| 14 | 90 Park Avenue |
|   | New York, NY 10016 |
| 15 | Telephone: 212.336.8000 |
| 16 | Facsimile: 212.336.8001 |
| 17 | Attorneys for Defendant Walmart, Inc. |
| 18 | |
| 19 | ERVIN COHEN AND JESSUP LLP |
|   | KELLY W. CUNNINGHAM (SBN186229) |
| 20 |   kcunningham@ecjlaw.com |
|   | JASON L. HAAS (SBN 217290) |
| 21 |   jhaas@ecjlaw.com |
| 22 | KENNETH PAUL HSU (SBN 306326) |
|   |   khsu@ecjlaw.com |
| 23 | BANU NARAGHI (SBN 312754) |
| 24 |   bnaraghi@ecjlaw.com |
|   | 9401 Wilshire Boulevard, Twelfth Floor |
| 25 | Beverly Hills, California 90212-2974 |
| 26 | Telephone: 310.273.6333 |
|   | Facsimile: 310.859.2325 |
| 27 | |
| 28 | Attorneys for Defendant ACI International |

Plaintiffs Vans, Inc. and VF Outdoor, LLC ("Plaintiffs" or "Vans"), Defendants Walmart Inc. ("Walmart") and ACI International ("ACI") hereby notify the Court pursuant to Local Rule 40-2 that the parties have reached settlement in the above-captioned case. The parties plan to lodge a Consented Permanent Injunction within three (3) days. The parties' settlement agreements include undertakings to be completed within thirty (30) days. Within five (5) days of when those undertakings are completed and when the Consented Permanent Injunction is entered by the Court (whichever is later), the parties will file a Joint Motion to Dismiss With Prejudice. The parties respectfully request the Court cancel all currently scheduled dates, including the trial set to commence on Tuesday, November 28, 2023, and hold the case open for forty-five (45) days. If, at the end of this period, the Parties have not filed a request for dismissal with prejudice, the parties will submit a status report concerning the status of settlement.

DATED: November 8, 2023           MCGUIREWOODS LLP

By: */s/ Tanya L. Greene*
    Tanya L. Greene
    Lucy Jewett Wheatley
    Nicholas J. Hoffman
    Claire Hagan Eller

    Attorneys for Plaintiffs Vans, Inc.
    and VF Outdoor, LLC

| | | |
|---|---|---|
| DATED: November 8, 2023 | | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| | By: | */s/ Anthony F. Lo Cicero* |
| | | Anthony F. Lo Cicero |
| | | Brian A. Comack |
| | | Richard S. Mandaro |
| | | Thomas E. Hart |
| | | Attorneys for Defendant Walmart, Inc. |
| DATED: November 8, 2023 | | ERVIN COHEN & JESSUP LLP |
| | By: | */s/ Kelly Cunningham* |
| | | Kelly Cunningham |
| | | Jason Haas |
| | | Kenneth P. Hsu |
| | | Banu S. Naraghi |
| | | Attorneys for Defendant ACI International |

### ATTESTATION OF SIGNATURE

As required by Local Rule 5-4.3.4(a)(2)(i), I, the undersigned, hereby attest that each signatory has concurred in the filing of this document and has authorized the filing with his or her signature block.

*/s/ Tanya L. Greene*
Tanya L. Greene

## CERTIFICATE OF SERVICE

I hereby certify that on **November 8, 2023**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 8, 2023**, at Los Angeles, California.

*/s/ Tanya L. Greene*
Tanya L. Greene