# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VANS, INC. and VF OUTDOOR, LLC, | Case No. 8:21-cv-01876-DOC-KES |
| Plaintiffs, | |
| vs. | |
| WALMART, INC. AND ACI INTERNATIONAL, | **CONSENTED PERMANENT INJUNCTION** |
| Defendants. | |

This action, having come on for consideration upon the First Amended Complaint of Plaintiff, Vans, Inc. and VF Outdoor, LLC ("Vans"), is one for infringement of Vans' trade dress and registered trademarks, unfair competition, and false designation of origin in violation of the Lanham Act, Cal. Bus. & Prof. § 17200, et seq., and common law against Walmart, Inc. and ACI International (collectively, "Defendants"). Pursuant to settlement agreements between Vans and Defendants, having waived the entry of findings of fact and conclusions of law, and without trial, argument, or adjudication of any issue of fact or law, having consented to and stipulated to the entry of this Permanent Injunction under the terms provided herein:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1.      This Court has original jurisdiction over the subject matter of this action under the laws of the United States pursuant to 15 U.S.C. § 1121(a), as well as 28 U.S.C. § 1331 (Federal Question Jurisdiction); 28 U.S.C. § 1337(a) (Commerce Regulations); and 28 U.S.C. § 1338(b) (Trademark and Unfair Competition). This Court has jurisdiction of all pendant state law claims pursuant to 28 U.S.C. § 1367(a) (Supplemental Jurisdiction) because all such claims are based upon the same or substantially the same conduct by the Defendants.

2.      The Court hereby ORDERS as follows:

a) Defendants, their agents, officers, employees, attorneys, and all persons who are in active concert or participation with Defendants, including but not limited to any e-commerce websites who receive actual notice of this order, are enjoined from advertising, marketing, distributing, importing, manufacturing, promoting, offering for sale, distributing, or selling the sneakers shown in Exhibit 1 attached hereto, any other colorways of these same shoe designs, colorable imitations of the shoes shown in Exhibit 1,

and/or facilitating, inducing, or assisting any of the foregoing conduct.

b) Defendants, and their agents, officers, employees, attorneys, and all persons who are in active concert or participation with Defendants are enjoined from using Walmart's side stripe marks depicted on the shoes shown in Exhibit 1, or any mark substantially similar thereto, on or in connection with any of Walmart's shoes or related services.

c) Defendants, and their agents, officers, employees, attorneys, and all persons who are in active concert or participation with Defendants, are enjoined from using Vans' Side Stripe Mark, Old Skool Trade Dress, SK8-Hi Trade Dress, Old Skool Toddler Trade Dress, Sk8-Mid Toddler Trade Dress, Checkerboard Trade Dress or any of Vans' registered trademarks shown and defined in Exhibit 2, and/or any trade dress or trademark that is substantially similar thereto, on or in connection with Defendants' shoes or related services.

d) This Permanent Injunction shall take effect immediately.

e) The Court retains jurisdiction to enforce the terms of this Permanent Injunction and the terms of the settlement agreements between Vans and Defendants.

IT IS SO ORDERED.

DATED: November 14, 2023

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

DATED: November 8, 2023          MCGUIREWOODS LLP


By:   /s/ Tanya L. Greene
      Tanya L. Greene
      Lucy Jewett Wheatley
      Nicholas J. Hoffman
      Claire Hagan Eller

      Attorneys for Plaintiffs Vans, Inc.
      and VF Outdoor, LLC

DATED: November 8, 2023          Amster, Rothstein & Ebenstein LLP


By:   /s/ Anthony F. Lo Cicero
      Richard S. Mandaro
      Anthony F. Lo Cicero
      Brian A. Comack
      Thomas Hart

      Attorneys for Defendant Walmart, Inc.


DATED: November 8, 2023          Ervin Cohen & Jessup LLP

By:   /s/ Kelly Cunningham
      Kenneth P. Hsu
      Kelly Cunningham
      Jason L. Haas
      Banu S. Naraghi

      Attorneys for Defendant ACI
      International

# **Exhibit 1**



*Time and Tru Women's Retro Sneakers*



*Time and Tru Women's Retro Sneakers*



*Wonder Nation Little & Big Boys Casual Skate Sneaker*



*Wonder Nation Casual Colorblock Skate Sneaker (Little Boys & Big Boys)*



*Wonder Nation Little Girl & Big Girl Casual Canvas Skate Shoe*



*Wonder Nation Little & Big Boys Casual Skate High Top Shoe*



*Wonder Nation Little Girl & Big Girl Casual Canvas Skate Shoe*



*Wonder Nation Toddler Boys Casual Skate Sneaker*



*Wonder Nation Baby Boy Casual Skate Shoes*



*Wonder Nation Little & Big Boys Casual Skate Sneaker*



*No Boundaries Women's Retro Casual Sneakers*



*Wonder Nation Toddler Boys Casual Skate Shoes*



*Wonder Nation Boys Casual Skate Shoes*



*Wonder Nation Little & Big Boys Casual Skate Sneaker*



*"Wonder Nation" Toddler Shoe*



*No Boundaries Men's Low Retro Lace-up Casual Sneakers*



*No Boundaries Men's Low Retro Lace-up Casual Sneakers*



*No Boundaries Men's Low Retro Lace-up Casual Sneakers*



*No Boundaries Men's Low Retro Lace-up Casual Sneakers*



*No Boundaries Mens Retro Sneakers*



*No Boundaries Men's Mid Retro Lace-up Casual Sneakers*



*No Boundaries Men's Mid Retro Lace-up Casual Sneaker*



*No Boundaries Men's Mid Retro Lace-up Casual Sneakers*



*No Boundaries Men's Mid Retro Lace-up Casual Sneakers*



*"Wonder Nation" Boys' Shoe*



*"Wonder Nation" Boys' Shoe*



*"Wonder Nation" Childrens' Shoe*



*"Wonder Nation" Boys' Shoe*



*"Wonder Nation" Boys' Shoe*



*"Wonder Nation" Boys' Shoe*



*No Boundaries Men's Low-Top Shoe*



*No Boundaries Men's Low-Top Shoe*



*Wonder Nation Toddler Boys Casual Skate Shoe*



*Doll Maker Slip-On*



*Doll Maker Skate Shoe*



*WISPR Toddler Shoes*



*Wonder Nation Girls' Shoe*



*Wonder Nation Girls' Shoe*



*Wonder Nation Girls' Shoe*



*Wonder Nation Girls' Shoe*



*Tredsafe High Top Resistant Shoe*



*Tredsafe Unisex Deacon Slip Resistant Shoe*









# **Exhibit 2**

**Old Skool Trade Dress**

The Old Skool trade dress consists of a distinctive combination of source-identifying elements, including: (1) the Vans Side Stripe Mark on the shoe upper; (2) a rubberized sidewall with a consistent height around the perimeter of the shoe; (3) the uppermost portion of the sidewall having a three-tiered or grooved appearance; (4) a textured toe box outer around the front of the sidewall; (5) visible stitching, including where the eyestay meets the vamp; and (6) the placement and proportion of these elements in relation to one another.

By way of example, the following are embodiments of the Old Skool trade dress:



## <u>Old Skool Toddler Trade Dress</u>

The Old Skool Toddler trade dress consists of a distinctive combination of source-identifying elements, including: (1) the Vans Side Stripe Mark on the shoe upper; (2) a rubberized sidewall with a consistent height around the perimeter of the shoe; (3) the uppermost portion of the sidewall having a three-tiered or grooved appearance; (4) a textured toe box outer around the front of the sidewall; (5) visible stitching; and (6) the placement and proportion of these elements in relation to one another.

By way of example, the following are embodiments of the Old Skool Toddler trade dress:



## **Sk8-Hi Trade Dress**

The Sk8-Hi trade dress consists of a distinctive combination of source-identifying elements, including: (1) the Vans Side Stripe Mark on the shoe upper; (2) a rubberized sidewall with a consistent height around the perimeter of the shoe; (3) the uppermost portion of the sidewall having a three-tiered or grooved appearance; (4) a textured toe box outer around the front of the sidewall; (5) a ribbed collar formation that encircles the uppermost part of the shoe; (6) visible stitching, including separating the individual ankle collar corrugations; and (7) the placement and proportion of these elements in relation to one another.

By way of example, the following are embodiments of the Sk8-Hi trade dress:



### Sk8-Mid Toddler Trade Dress

The Vans' SK8-MID Toddler trade dress consists of a distinctive combination of source-identifying elements, including: (1) the Vans Side Stripe Mark on the shoe upper; (2) a rubberized sidewall with a consistent height around the perimeter of the shoe; (3) the uppermost portion of the sidewall having a three-tiered or grooved appearance; (4) a textured toe box outer around the front of the sidewall; (5) a ribbed collar formation that encircles the uppermost part of the shoe; (6) visible stitching, including separating the individual ankle collar corrugations; and (7) the placement and proportion of these elements in relation to one another.

By way of example, the following are embodiments of the Sk8-Mid Toddler trade dress:



### Checkerboard Slip-On Trade Dress

The Checkerboard Slip-On trade dress consists of a distinctive combination of source-identifying elements, including: (1) checkerboard pattern on the upper portion of a twin-gore slip-on shoe, including on the vamp; (2) a rubberized sidewall with a consistent height around the perimeter of the shoe; (3) the uppermost portion of the sidewall having a three-tiered or grooved appearance; (4) a textured toe box outer around the front of the sidewall; and (5) the placement and proportion of these elements in relation to one another.

By way of example, the following are embodiments of the Checkerboard Slip-On trade dress:



**Vans Trademark Registrations**

| Mark | Reg. No. | Goods and Services |
|---|---|---|
|  | 2,177,772 | Footwear |
|  | 2,170,961 | Footwear |
|  | 2,172,482 | Footwear |
|  | 1,583,727 | Shoes |
|  | 5,070,471 | Footwear, namely, twin-gore slip-on shoes |
|  | 5,070,470 | Footwear, namely, twin-gore slip-on shoes |
|  | 5,320,384 | Footwear |
|  | 6,451,279 | Footwear |
|  | 6,436,779 | Footwear |