UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANS, INC.; and VF OUTDOOR, LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>WALMART, INC.; ACI INTERNATIONAL,<br><br>   Defendants. | Case No. 8:21-cv-01876 -DOC-KES<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Parties' Stipulation of Dismissal With Prejudice, hereby ORDERS that:

1. This matter, including all claims and defenses, is dismissed with prejudice;
2. Each party is to bear its own fees and costs; and
3. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:  December 11, 2023

_____
Honorable David O. Carter
U.S. District Court Judge
Central District of California